UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

Petitioner,

v.

ROBERT JACKSON,

Respondent.

Case No. C26-1640-RSM-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, Petitioner's objections, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Clerk is directed to administratively CLOSE this matter pursuant to the Order issued by the Court in *Demos v. Stanley*, MC97-31-JLW (W.D. Wash. Mar. 13, 1997).

(3) The Clerk is directed to send copies of this Order to Petitioner and to Judge Peterson.

Dated this 28th day of July, 2026.

Ricardo S. Martinez
United States District Judge